

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

July 21, 2011

| | |
|---|---|
| **To:** | Circuit Judge Raymond C. FISHER |
| | Circuit Judge Ronald M. GOULD |
| | Circuit Judge Richard A. PAEZ |
| | |
| **From:** | Molly C. Dwyer, Clerk of Court |
| | By: Gabriela Van Allen, Deputy Clerk |
| | |
| **Re:** | USCA No. 10-30274 USA v. Gentry Labuff |

The attached request for publication was received under authority of Circuit Rule 36-4. It has been determined to be timely.

Your further direction in this matter will be appreciated.

If you need additional materials, or if this office can be of assistance to you, please feel free to call.